# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D17-0758
_____

RONALD MCKEEHAN,

Appellant,

v.

WARDEN N. W. FLORIDA
RECEPTION CENTER,
FLORIDA DEPARTMENT OF
CORRECTIONS,

Appellee.

_____

On appeal from the Circuit Court for Washington County.
Timothy Register, Judge.

May 9, 2018

PER CURIAM.

AFFIRMED.

WOLF, WINOKUR, and JAY, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Ronald McKeehan, pro se, Appellant.

Pamela Jo Bondi, Attorney General, and Heather Flanagan Ross, Assistant Attorney General, Tallahassee; Kenneth Steely, General Counsel, Department of Corrections, Tallahassee, for Appellee.